THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE F/V DESTINATION, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL DESTINATION, OFFICIAL NUMBER 632374, FOR EXONERATION FROM LIABILITY AND/OR LIMITATION OF LIABILITY | CASE NO. C17-1167-JCC<br><br>ORDER |

This matter comes before the Court on Limitation Petitioner's motion to hold the action in abeyance (Dkt. No. 4). Having reviewed the pleadings in this matter, the motion is GRANTED and it is hereby ORDERED that:

1. Limitation Petitioner need not comply with the provisions of Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims at this time.

2. On or before September 30, 2017, Limitation Petitioner shall advise the Court of the status of the settlement of the claims by the deceased crew with dependent minor children.

DATED this 8th day of August 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE