UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE F/V DESTINATION, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL DESTINATION, OFFICIAL NUMBER 632374, FOR EXONERATION FROM LIABILITY AND/OR LIMITATION OF LIABILITY | CASE NO. C17-1167-JCC<br><br>ORDER |

This matter comes before the Court on Limitation Petitioner's motion to hold the action in abeyance (Dkt. No. 15). Having reviewed the motion and pleadings in this matter, the Court GRANTS the motion and hereby ORDERS that:

1. Limitation Petitioner need not comply with the provisions of Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims at this time.

2. If Limitation Petitioner has not filed a voluntary dismissal by March 31, 2018, it shall advise the Court at that time of the status of the release of claims in this action.

DATED this 14th day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE