UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE F/V DESTINATION, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL DESTINATION, OFFICIAL NUMBER 632374, FOR EXONERATION FROM LIABILITY AND/OR LIMITATION OF LIABILITY | CASE NO. C17-1167-JCC<br><br>ORDER |

This matter comes before the Court on Limitation Petitioner's motion to hold the action in abeyance (Dkt. No. 17). Having reviewed the pleadings in this matter, the Court GRANTS the motion and hereby ORDERS that:

1. Limitation Petitioner need not comply with the provisions of Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims at this time.

2. Limitation Petitioner shall advise the Court of the status of the release of all claims by the deceased crew with dependent minor children on or before May 31, 2018.

DATED this 5th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE