UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE F/V DESTINATION, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL DESTINATION, OFFICIAL NUMBER 632374, FOR EXONERATION FROM LIABILITY AND/OR LIMITATION OF LIABILITY, | IN ADMIRALTY<br><br>CASE NO. C17-1167-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The plaintiff has filed a notice of voluntary dismissal (Dkt. No. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED without prejudice. The Clerk is directed to CLOSE this case.

DATED this 10th day of April 2018

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk