THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE F/V DESTINATION, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL DESTINATION, OFFICIAL NUMBER 632374, FOR EXONERATION FROM LIABILITY AND/OR LIMITATION OF LIABILITY | CASE NO. C17-1167-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Given that this action has been voluntarily dismissed (*see* Dkt. No. 21), the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $500 plus all accrued interest, minus any statutory users fees, payable to Holmes, Weddle & Barcott, PC and mail or the deliver the check to Holmes, Weddle & Barcott, PC, 999 Third Avenue, Suite 2600, Seattle, WA 98104-4011.

DATED this 5th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1167-JCC
PAGE - 1